JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:24-cv-01119-DOC-JDEx | Date: May 30, 2024 |

Title: Rah-Nita Boykin et al v. LoanDepot, Inc.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER CONSOLIDATING AND ADMINISTRATIVELY CLOSING CASE**

The Court **ORDERS** this case be consolidated with Daroya Isaiah v. loanDepot, Inc. (8:24-cv-00136-DOC-JDE). This case shall be administratively closed, and all future filings, including a new request for clerk to issue summons, shall be made under 8:24-cv-00136-DOC-JDE.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                Initials of Deputy Clerk: kdu

CIVIL-GEN